FILED
CLERK, U.S. DISTRICT COURT
MAY - 6 2013
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ISRAEL ELIZONDO ANGELES,<br><br>  Defendant. | Case No.: CR 04-1255-RSWL<br><br>ORDER OF DETENTION<br><br>[Fed. R. Cim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

　　The Court finds that:

A.　(✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _nature of the offenses;_ _Unknown background and residence information_ _____

　　and/or

B.  ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

_____

_____

_____

IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 6, 2013

*Alicia G. Rosenberg*
ALICIA G. ROSENBERG
United States Magistrate Judge